# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RICHARD J. GREENE, | ) | |
| Plaintiff, | ) | 2:11-cv-1517-JCM-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN WOODS, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff, Richard J. Greene, has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#1). However, Plaintiff has not paid the filing fee or filed an Application to Proceed Without Prepayment of Fees as required by the rules.

**IT IS THEREFORE ORDERED** that on or before September 24, 2012, Plaintiff shall file an Application to Proceed Without Prepayment of Fees or in the alternative, Plaintiff shall pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this order. The Clerk of the Court shall send Plaintiff a blank application form with instructions. Failure to comply will result in the dismissal of this action.

DATED: August 22, 2012.

UNITED STATES MAGISTRATE JUDGE